# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Peter Joseph Florian, III | § | Case No. 8:13-bk-05942-KRM |
| Angela Darlene Florian | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/V. JOHN BROOK, JR._____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-05942 | KRM | Judge: | K. Rodney May | Trustee Name: | V. JOHN BROOK, JR. |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Peter Joseph Florian, III | | | | Date Filed (f) or Converted (c): | 05/03/2013 (f) |
| | Angela Darlene Florian | | | | 341(a) Meeting Date: | 06/05/2013 |
| For Period Ending: | 11/29/2013 | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4361 Cactus Ave., Sarasota, Fl 34231 2012 Tax Assessed Value | 131,700.00 | 0.00 | | 0.00 | FA |
| 2. 6423 47Th Ave. E., Bradenton, Fl 34203 2012 Tax Assessed Val | 101,325.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 25.00 | 25.00 | | 25.00 | FA |
| 4. Checking: Regions Bank Acct No.Xxxx10131 | 150.00 | 150.00 | | 150.00 | FA |
| 5. 2 Sofa $125, Chair $25, 2 Tables $100, Lamp $20, Tv $250, Tv | 3,370.00 | 1,374.00 | | 1,200.00 | FA |
| 6. Clothes | 250.00 | 250.00 | | 250.00 | FA |
| 7. Wedding Rings | 100.00 | 100.00 | | 100.00 | FA |
| 8. Electric Piano | 125.00 | 125.00 | | 125.00 | FA |
| 9. 90% Of Stock Of Florian Landscaping, Inc Dba Blue Frog Lawn | 1.00 | 0.00 | | 0.00 | FA |
| 10. 30% Of Stock Of Sandbar Title, Inc. Title Service Company | 1.00 | 0.00 | | 0.00 | FA |
| 11. 20% Of Stock Of Skyway Real Estate Brokerage, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 12. 25% Of Stock Of 2 Brain Media | 1.00 | 0.00 | | 0.00 | FA |
| 13. 2012 Acura Rdx Miles: 10,452 / Very Good Condition | 27,362.00 | 0.00 | | 0.00 | FA |
| 14. 2009 Chevy Silverado Miles: 50,000 / Fair Condition | 9,218.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Acura Tl Miles: 55,000 / Fair Condition (David Fields M | 16,000.00 | 0.00 | | 0.00 | FA |
| 16. 2009 Volkswagon Jetta (Leased) Daughter Drives And Pays For | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2000 28' Chaparral Boat (Surrender) | 3,000.00 | 0.00 | | 0.00 | FA |
| 18. Workout Equipment | 150.00 | 150.00 | | 150.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $292,779.00    $2,174.00    $2,000.00    $0.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

BUYBACK $2000 IN 45 DAYS-BAR DATE ORDERED-NOTICE OF SALE DONE-MONIES REC'D FROM DEBTOR WILL CLOSE AFTER BAR DATE

Initial Projected Date of Final Report (TFR): 07/01/2015      Current Projected Date of Final Report (TFR): 07/01/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 13-05942 | Trustee Name: | V. JOHN BROOK, JR. |
| Case Name: | Peter Joseph Florian, III | Bank Name: | Union Bank |
| | Angela Darlene Florian | Account Number/CD#: | XXXXXX5413 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3482 | Blanket Bond (per case limit): | $48,828,000.00 |
| For Period Ending: | 11/29/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/13 | | FLORIAN LANDSCAPING INC | BUYBACK DOCKET #15 | | | $2,000.00 | | $2,000.00 |
| | | | Gross Receipts | $2,000.00 | | | | |
| | 3 | | Cash On Hand | $25.00 | 1129-000 | | | |
| | 4 | | Checking: Regions Bank Acct No.Xxxx10131 | $150.00 | 1129-000 | | | |
| | 5 | | 2 Sofa $125, Chair $25, 2 Tables $100, Lamp $20, Tv $250, Tv | $1,200.00 | 1129-000 | | | |
| | 6 | | Clothes | $250.00 | 1129-000 | | | |
| | 7 | | Wedding Rings | $100.00 | 1129-000 | | | |
| | 8 | | Electric Piano | $125.00 | 1129-000 | | | |
| | 18 | | Workout Equipment | $150.00 | 1129-000 | | | |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $1,985.00 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $1,970.00 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $1,955.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,000.00 | $45.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,000.00 | $45.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,000.00 | $45.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $2,000.00     $45.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5413 - Checking | $2,000.00 | $45.00 | $1,955.00 |
| | $2,000.00 | $45.00 | $1,955.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,000.00 |
| Total Gross Receipts: | $2,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:13-bk-05942-KRM  
Debtor Name: Peter Joseph Florian, III  
Claims Bar Date: 9/12/2013

Date: November 29, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/14/2013<br><br>CREDIT CARD #4849 | $0.00 | $12,245.07 | $12,245.07 |
| 2<br>300<br>7100 | Sarasota Memorial Hcs<br>1700 S. Tamiami Trail<br>Sarasota, Fl 34239 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/20/2013<br><br>HOSPITAL SERVICES #6376 | $0.00 | $1,225.88 | $1,225.88 |
| 3<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/21/2013<br><br>CREDIT CARD #3072 | $0.00 | $18,704.01 | $18,704.01 |
| 4<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/21/2013<br><br>CREDIT CARD #4002 | $0.00 | $4,016.17 | $4,016.17 |
| 5<br>300<br>7100 | N. A. Capital One<br>Capital One, N.A.<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/27/2013<br><br>GOODS SOLD #0680 | $0.00 | $2,583.54 | $2,583.54 |
| 6<br>300<br>7100 | Ltd Sarasota Commons<br>Sarasota Commons, Ltd<br>C/O Eric J. Grabois, P.L.<br>407 Lincoln Road<br>Suite 9D<br>Miami Beach, Fl 33139 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/29/2013<br><br>BREACH OF LEASE- PERSONAL GUARANTEE #6376 | $0.00 | $180,617.03 | $180,617.03 |
| | Case Totals | | | $0.00 | $219,391.70 | $219,391.70 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:13-bk-05942-KRM
Case Name: Peter Joseph Florian, III
            Angela Darlene Florian
Trustee Name: V. JOHN BROOK, JR.

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: V. JOHN BROOK, Jr. | $ | $ | $ |
| Trustee Expenses: V. JOHN BROOK, Jr. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Sarasota Memorial Hcs | $ | $ | $ |
| 3 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 4 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 5 | N. A. Capital One | $ | $ | $ |
| 6 | Ltd Sarasota Commons | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE